**BOHN & FLETCHER LLP**
RAM FLETCHER, ESQ. - SBN: 240740
152 N. Third Street, Suite 501
San Jose, California 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222

Attorneys for Plaintiff



IT IS SO ORDERED
Judge Edward J. Davila
DATED: 12/9/2015

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KIM, JENNIFER FISHER and MITUKO KIM individually, and as successors in interest to KAE HO KIM,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD, NATIONAL RAILROAD PASSENGER CORPORATION (aka AMTRAK), PENINSULA CORRIDOR JOINT POWERS BOARD (aka CALTRAIN), CAPITOL CORRIDOR JOINT POWERS AUTHORITY and DOES 1 through 20, inclusive,<br>　　　　　　Defendants.<br>_____/ | Case No. 5:15-CV-04422-EJD<br>Santa Clara County Superior Court<br>Case No: 115CV282868<br>*First Amended Complaint Filed: August 24, 2015*<br><br>**VOLUNTARY DISMISSAL OF DEFENDANTS PENINSULA JOINT POWERS BOARD aka CALTRAIN AND CAPITOL CORRIDOR JOINT POWERS AUTHORITY** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs JOSEPH KIM, JENNIFER FISHER and MITUKO KIM, individually and as successors in interest to the KAE HO HIM hereby voluntarily dismiss their lawsuit against Defendant PENINSULA JOINT POWERS BOARD aka CALTRAIN and Defendant CAPITOL CORRIDOR JOINT POWERS AUTHORITY.  Such dismissal shall be without prejudice with each side to bear its own costs and fees.

1 | Dated: 12/2/2015                                    BOHN & FLETCHER LLP
2
3                                                  By: _____
                                                        RAM FLETCHER
4                                                       Attorneys for Plaintiffs
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28